AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

SUGAR FINANCIAL GROUP, INC.,

        Plaintiff,

        v.

THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA,

JUDGMENT IN A CIVIL CASE
**ON ATTORNEY FEES**

CASE NUMBER:  C07-5398BL

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Request for Attorneys' Fees under A.R.S. § 12.341.01 is DENIED

*DATED:*  APRIL 14, 2008

                                          BRUCE  RIFKIN
                                          *Clerk*

                                          /s/   Jean Boring
                                        *(By) Deputy Clerk*, Jean Boring