# United States District Court

## WESTERN DISTRICT OF WASHINGTON

### JUDGMENT IN A CIVIL CASE

SUGAR FINANCIAL GROUP, INC.

v.

CASE NUMBER:  C07-5398RBL

THE INSURANCE COMPANY OF THE
STATE OFPENNSYLVANIA.

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion for Summary Judgment is DENIED and Defendant's Motion for Summary Judgment is GRANTED.  Plaintiff's Complaint is DISMISSED.

DATED :     9/16/2008

_____BRUCE  RIFKIN_____
*Clerk*

_____/s/   Jean Boring_____
*(By) Deputy Clerk*, Jean Boring